IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Carl Ratliff<br>Case No. 1:16-cv-00583<br><br>v.<br><br>AbbVie Inc., et al. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the parties to bear their own costs and attorneys' fees.

| | |
|---|---|
| */s/ Brian John Perkins*<br>Brian John Perkins<br>Meyers & Flowers, LLC.<br>3 North Second St.<br>Suite 300<br>St. Charles, IL 60174<br>(630) 232-6333<br>Email: bjp@meyers-flowers.com<br><br>*Counsel for Plaintiff* | */s/ Christopher Boisvert*<br>Christopher Boisvert<br>Dechert LLP<br>Cira Centre<br>2929 Arch St.<br>Philadelphia, PA 19104<br>(215) 994-2312<br>Email: chip.boisvert@dechert.com<br><br>*Counsel for AbbVie, Inc.; Abbott Laboratories; Unimed Pharmaceuticals, LLC* |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 19, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                    */s/ Christopher Boisvert*
                                                    Christopher Boisvert